UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of June, two thousand and fifteen.

Before:  Raymond J. Lohier, Jr.,
     *Circuit Judge*.

_____

 Thersia J. Knapik,
  Plaintiff - Appellant,

 v.               **ORDER**
                   Docket No. 15-1390

 Mary Hitchcock Memorial Hospital,
  Defendant - Appellee,

 Dr. Doe,
  Intervenor.

_____

  Intervenor Doe moves that this Court continue to enforce the protective order issued in this case by the district court on November 7, 2013.

  IT IS HEREBY ORDERED that the motion is GRANTED.

                For the Court:
                Catherine O'Hagan Wolfe,
                Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 06/03/2015