UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

No. 15-1390

Thersia J. Knapik
Appellant

v.

Mary Hitchcock Memorial Hospital
Appellee

STIPULATION FOR DISMISSAL

Pursuant to Rule 42 of the Federal Rules of Appellate Procedure, the parties hereby stipulate that the appeal filed by Plaintiff-Appellant Thersia J. Knapik be dismissed with prejudice and without an award of costs or attorney's fees to either party.

        Respectfully submitted,

        MARY HITCHCOCK MEMORIAL
        HOSPITAL

        By Its Attorneys,
        SULLOWAY & HOLLIS, P.L.L.C.

DATED: July 14, 2015        By: /s/ Edward M. Kaplan, Esq.
        Edward M. Kaplan, Esq.
        William D. Pandolph, Esq.
        9 Capitol Street
        Concord, NH 03301
        (603) 224-2341
        e-mail: ekaplan@sulloway.com

        THERSIA J. KNAPIK

        By Her Attorneys,
        WATTS LAW FIRM, P.C.

Dated: July 14, 2015      By:  /s/ Norman E. Watts, Esq.
        Norman E. Watts, Esq.
        P.O. Box 270
        Woodstock, VT 05091
        (802) 457-1020
        e-mail: wattslawfirmpc@gmail.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 13, 2015.

DATED: July 14, 2015      By:  /s/ Edward M. Kaplan
        Edward M. Kaplan

{C1316771.1 }